IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

STANLEY PATTERSON,  )
  )
  Plaintiff,  )
  )
v.  ) CIVIL ACTION NO. 96-H-2811-NE
  )
LIEUTENANT ROBINSON, et al,  )
  )
  )
  Defendants.  )

FILED 97 JAN -9 AM 8:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN - 9 1997

## MEMORANDUM OF OPINION

On December 17, 1996, the magistrate judge's report and recommendation was filed and the plaintiff was allowed fifteen (15) days to file objections to the recommendations made by the magistrate judge. No objections have been filed by the plaintiff.

After careful consideration of the record in this case, and the Magistrate Judge's Report and Recommendation, the court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this action is due to be dismissed as frivolous. An appropriate order will be entered.

DONE and ORDERED this 9th day of January, 1997.

JAMES H. HANCOCK
SENIOR JUDGE